**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
SHELLY ROBERTSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY ROBERTSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant(s). | Case No.: 1:19-CV-01051-LJO-BAM<br><br>**STIPULATION TO DISMISS ENTIRE MATTER WITH PREJUDICE** |

    NOW COMES Plaintiff, SHELLY ROBERTSON, and Defendant, CAPITAL ONE BANK (USA), N.A., incorrectly sued as Capital One Bank, N.A., by and through the undersigned counsel, and hereby jointly move this Honorable Court for a dismissal of the instant matter in its entirety, WITH PREJUDICE pursuant to *Fed. R. Civ. P. 41(a)(2)*, with each party to bear its own attorneys' fees and costs.

///

///

///

- 1 -

RESPECTFULLY SUBMITTED,

Dated: December 18, 2019             **MARTIN & BONTRAGER, APC**

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
*Attorney for Plaintiff*

Dated: December 18, 2019             **BALLARD SPAHR LLP**

By: /s/ Stacy H. Rubin

Stacy H. Rubin
*Attorney for Defendant*

## PROOF OF SERVICE

I, Nicholas J. Bontrager, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 6464 W. Sunset Blvd., Suite 960, Los Angeles, CA 90028. On December 18, 2019, I served the following documents:

**STIPULATION TO DISMISS**

On all parties of record, through counsel

By the following means of service:

[X]  **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]  **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on December 18, 2019, at Los Angeles, California.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager